■ LILLIAN SILK, Respondent, v. LEO SILK, Appellant.— Order entered December 1, 1969, which granted plaintiff's motion for temporary alimony and counsel fees, unanimously modified, on the law and the facts, to the extent of reducing the award of temporary alimony to $100 per week and the counsel fees to $1,000; and as so modified the order is otherwise affirmed, without costs and without disbursements to either party. On the present record the awards for temporary alimony and counsel fees were excessive to the extent indicated. Concur — Eager, J. P., Capozzoli, McGivern, Nunez and McNally, JJ.

■ CALOGERO GRILLO, Respondent, v. FISCHBACH-MOORE, INCORPORATED, Appellant, et al., Defendants.— Judgment in favor of plaintiff for personal injuries in the sum of $34,000 unanimously reversed on the law, on the facts and in the exercise of discretion, without costs and without disbursements, and a new trial granted unless plaintiff, within 20 days of service upon him by defendant Fischbach-Moore, Incorporated of a copy of the order entered herein, stipulates to accept $20,000, in lieu of the award by verdict, in which event the judgment is modified to that extent and as thus modified, affirmed, without costs or disbursements. It is obvious that the award by verdict of $34,000 is excessive and not supported by the record. Concur — Eager, J. P., Capozzoli, McGivern, Nunez and Steuer, JJ.